THE BUFFALO NATURAL GAS FUEL COMPANY, Respondent, *v.* THE BARBER ASPHALT PAVING COMPANY, Appellant.

Reported below, 54 App. Div. 629.

(Submitted April 1, 1901; decided April 4, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 15, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that no appeal lies therefrom to the Court of Appeals, and that permission to appeal has not been granted nor a certificate obtained that questions of law are involved which ought to be reviewed by this court.

*J. H. Metcalf* for motion.

*Louis L. Babcock* opposed.

Motion denied, with ten dollars costs.

---

NEVA C. HEALY, Respondent, *v.* DORUS HEALY, as Administrator of JOSHUA HEALY, Deceased, et al., Appellants, Impleaded with Another.

*Healy* v. *Healy*, 55 App. Div. 315, affirmed.

(Argued March 1, 1901; decided April 16, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Fletcher C. Peck* and *James H. Stevens* for appellants.

*Thomas Raines* and *Charles F. Miller* for respondent.

Judgment affirmed, with costs, on opinion in *Winne* v. *Winne* (166 N. Y. 263).

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.